BAYSIDE BUS CORP., Respondent, v. HENRY LOHSE AUTO BODY CO. OF N. J., INC., Appellant.— Order denying defendant's motion for examination of plaintiff before

trial in support of the second defense unanimously affirmed. Order granting plaintiff's motion to strike out the second defense unanimously affirmed, with twenty dollars costs and disbursements, on the ground that the said defense is sham. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.